Melissa A. Higbee, Esq., SBN 24644
**HIGBEE & ASSOCIATES**
1504 Brookhollow Dr., Suite 112
Santa Ana, CA 92705
(714) 617-8349
(714) 597-6559 facsimile

*Attorney for Plaintiff,*
RM MEDIA LTD

# UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| RM MEDIA LTD., | Case No. _____ |
| Plaintiff, | |
| v. | **COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF FROM COPYRIGHT INFRINGEMENT** |
| NO DEBT, LLC d/b/a ULTIMATE DEBT SOLUTIONS, LLC; MALCOLM GILES; and DOES 1 through 10 inclusive, | **DEMAND FOR BENCH TRIAL** |
| Defendant. | |

Plaintiff, RM Media Ltd. alleges as follows:

## JURISDICTION AND VENUE

1.      This is a civil action seeking damages and injunction relief for copyright infringement under the Copyright Act of the United States, 17 U.S.C. § 101 *et seq.*

2.      This Court has subject matter jurisdiction over Plaintiff's claims for

copyright infringement pursuant to 28 U.S.C. § 1331 and 28 U.S.C. § 1338(a).

3.     This Court has personal jurisdiction over Defendants because Defendants conducts business and/or resides within the State of Arizona Defendants' acts of infringement complained of herein occurred in the State of Arizona, and Defendants caused injury to Plaintiff within the State of Arizona.

4.     Venue in this judicial district is proper under 28 U.S.C. § 1391(c) and 1400(a) in that this is the judicial district in which a substantial part of the acts and omissions giving rise to the claims occurred. Alternatively, venue is also proper pursuant to 28 U.S.C. § 1400(b) because the Defendants resides and have a regular and established place of business in this judicial district.

## **PARTIES**

5.     Plaintiff RM Media Ltd. ("RM Media" or "Plaintiff") is an English media company specializing in commercial and stock photography licensing.

6.     Plaintiff is informed and believes, and thereon alleges, that Defendant No Debt, LLC d/b/a Ultimate Debt Solutions LLC ("Defendant No Debt") is a limited liability company organized under the laws of Arizona with a principal place of business at 9170 E. Bahia Drive, Suite 203A, Scottsdale Arizona 85260.

7.     Plaintiff is informed and believes, and thereon alleges, that Defendant Malcolm Giles ("Defendant Giles") is the owner of Defendant No Debt.

8.     On information and belief, Defendant Giles, through Defendant No Debt, is the owner and operator of the website www.udsdebtfree.com

("Defendants' Website"), which Defendants use to promote its debt resolutions business.  Attached hereto as Exhibit A is a true and correct copy of the registrant information for Defendants' Website retrieved from the ICANN WHOIS Database.

9.     On information and belief, Defendant Giles is responsible for posting the content on Defendant's Website.

10.     Plaintiff is unaware of the true names and capacities of the Defendants sued herein as DOES 1 through 10, inclusive, and for that reason, sues such Defendants under such fictitious names. Plaintiff is informed and believes and on that basis alleges that such fictitiously named Defendants are responsible in some manner for the occurrences herein alleged, and that Plaintiff's damages as herein alleged were proximately caused by the conduct of said Defendants. Plaintiff will seek to amend the complaint when the names and capacities of such fictitiously named Defendants are ascertained. As alleged herein, "Defendants" shall mean all named Defendants and all fictitiously named Defendants.

11.     For the purposes of this Complaint, unless otherwise indicated, "Defendant" includes all agents, employees, officers, members, directors, heirs, successors, assigns, principals, trustees, sureties, subrogates, representatives and insurers of Defendants named in this caption.

## FACTUAL ALLEGATIONS

12.     RM Media is a stock photography licensing company that specializes

in commercial product photography and supplies unique images for web designers, bloggers and content writers.

13. RM Media is the assignee and sole rights holder to an original image of a clipboard bearing the words "Credit Limit" ("Credit Limit Image") and an original image of a hand writing the word "Borrow" ("Borrow Image") (collectively the "Images"). Attached hereto as Exhibit B are true and correct copies of the Images.

14. The Credit Limit Image is registered with the United States Copyright Office under registration number VAu 1-279-012, and the Borrow Image is registered with the United States Copyright Office under registration number VAu 1-248-878.

15. RM Media offers two licensing options for consumers wishing to use its Images.

16. Under the first option, RM Media offers the Images to consumers through its website where consumers can pay a licensing fee in exchange for use of the Images. RM Media's entire content library is available for use through a paid license.

17. Under the second option, RM Media offers a limited portion of its content library, including the Images, under a Creative Commons Attribution – ShareAlike license ("CC License"), which, *inter alia,* requires that the consumer "give appropriate credit, provide a link to the license, and indicate if changes were

made." Attached hereto as Exhibit C is a true and correct copy of the terms of a Creative Commons Attribution – ShareAlike license; *see also* http://rmmedia.ltd.uk/free-images/.

18.     Creative Commons licenses are developed and published by a non-profit organization that provides free, easy-to-use copyright licenses to make a simple and standardized way to give the public permission to share and use creative work online. *See* www.creativecommons.org/about/.

19.     RM Media offers a limited portion of its content library through the CC License, as the required attribution directs consumers to RM Media's website enhancing its market share and directing consumers to its larger library of paid content.

20.     RM Media's website contains a detailed explanation of the terms of the CC License with the disclaimer that using the images without following the terms and conditions of the license "will invalidate your license to use the image" and "may lead to an action for copyright infringement." *See* http://rmmedia.ltd.uk/free-images/.

21.     On or about October 2017, RM Media discovered that Defendants were using its Images on Defendants' Website to promote Defendants' business. RM Media had no record of issuing a paid license to Defendants, nor did the photo give any attribution as required to qualify for a CC License. A true and correct copy of Defendants' infringing use of Plaintiff's Image is attached hereto as

Exhibit D.

22.    On or about October 30, 2017, Plaintiff's counsel sent a cease and desist letter to Defendants business address informing them that they did not possess a valid license and requesting, *inter alia*, that Defendants remove the Images from Defendants' Website.

23.    On or about November 29, 2017, Plaintiff's counsel called Defendants' office and spoke with one of Defendants' employees and left a message for Defendant Giles.

24.    On or about December 27, 2017 Plaintiff's counsel sent follow up correspondence to Defendants' business address.

25.    On or about March 2, 2017, Plaintiff's counsel again telephoned Defendants and spoke with one of Defendants employees. Plaintiff's counsel confirmed that the address to which correspondence had been sent was accurate and requested that Defendant Giles return Plaintiff's counsel's calls.

26.    As of the date of this Complaint, both of RM Media's Images are still displayed on Defendants' website at https://udsdebtfree.com/article-sub.php?articleid=5,     https://www.udsdebtfree.com/deceptive-credit-cards.php, https://udsdebtfree.com/images/blog/credit-limit-lowering.jpg, https://udsdebtfree.com/article.php?articleid=4, and https://udsdebtfree.com/images/blog/inablitiy-to-borrow.jpg. True and correct time stamped screenshots of Defendants' continued infringing use of the Images is

attached hereto as Exhibit E.

27.     On information and belief, Defendants' use of the Images was deliberate and willful because Defendants were informed multiple times of their infringing use of the Images and refused to remove them from Defendants' Website. Additionally, despite being on notice that the Images did not contain the requisite attribution required to qualify for a CC License, continued to distribute and display the Images knowing that the required attribution had been removed or altered.

**FIRST CAUSE OF ACTION**
**COPYRIGHT INFRINGEMENT**
**17 U.S.C. § 501 *et seq.***
**(Against All Defendants)**

28.     Plaintiff incorporates by reference all of the above paragraphs of this Complaint as though fully stated herein.

29.     Plaintiff did not consent to, authorize, permit, or allow in any manner the said use of Plaintiff's unique and original Images.

30.     Plaintiff is informed and believes and thereon alleges that the Defendants willfully infringed upon Plaintiff's copyrighted Images in violation of Title 17 of the U.S. Code, in that they used, published, communicated, posted, publicized, and otherwise held out to the public for commercial benefit, the original and unique Images of the Plaintiff without Plaintiff's consent or authority, and acquired monetary gain and market benefit as a result. Specifically, Defendants, after having received repeated notice from Plaintiff's counsel that they

did not have a valid license, continued to display the Images on Defendants' Website.

31.     As a result of Defendants' violation of Title 17 of the U.S. Code, Plaintiff is entitled to any actual damages pursuant to 17 U.S.C. §504(b).

32.     As a result of Defendants' violations of Title 17 of the U.S. Code, Plaintiff is entitled to statutory damages in an amount up to $150,000.00 pursuant to 17 U.S.C. § 504(c).

33.     As a result of the Defendants' violations of Title 17 of the U.S. Code, the court in its discretion may allow the recovery of full costs as well as reasonable attorney's fees and costs pursuant to 17 U.S.C § 505 from Defendants.

34.     Plaintiff is also entitled to injunctive relief to prevent or restrain infringement of his copyright pursuant to 17 U.S.C. § 502.

## SECOND CAUSE OF ACTION
### FALSIFICATION, REMOVAL AND ALTERATION OF COPYRIGHT MANAGEMENT INFORMATION
### 17 U.S.C. § 1202
### (Against All Defendants)

35.     Plaintiff incorporates by reference all of the above paragraphs of this Complaint as though fully stated herein.

36.     On information and belief, Defendants knew that Plaintiff created the Images because, *inter alia*, the source of the Images that Defendants used to produce the infringing web page specifically attributed the Images to Plaintiff.

37.     On information and belief, Defendants knew that the terms of the CC

License required that Defendants provide proper attribution to the Images.

38.   Defendants intentionally falsified copyright management information related to the Images with the intent to induce, enable, facilitate, or conceal an infringement of Plaintiff's rights under the Copyright Act.

39.   Specifically, on Defendants' website, Defendants continued to distribute and display the Images and have purposefully failed to provide the attribution information required to qualify for a CC License after being alerted to the unauthorized use of Plaintiff's Images.

40.   Defendants' conduct constitutes a violation of 17 U.S.C. § 1202(a), and 1202(b).

41.   Defendants' falsification, removal and/or alteration of that copyright management information was done without Plaintiff's knowledge or authorization.

42.   Defendants' falsification of said copyright management information was done by Defendants intentionally, knowingly, and with the intent to induce, enable, facilitate, or conceal Defendants' infringement of Plaintiff's copyright in the Images. Defendants also knew, or had reason to know, that such removal and/or alteration of copyright management information would induce, enable, facilitate, or conceal Defendants infringement of Plaintiff's copyright in the Images.

43.   Plaintiff has sustained significant injury and monetary damages as a result of Defendants wrongful acts as hereinabove alleged, and as a result of being

involuntarily associated with Defendants in an amount to be proven.

44.    In the alternative, Plaintiff may elect to recover statutory damages pursuant to 17 U.S.C. § 1203(c)(3) in a sum of not more than $25,000 from each Defendant for each violation of 17 U.S.C. § 1202.

### PRAYER FOR RELIEF

**WHEREFORE**, Plaintiff prays for judgment against Defendants as follows:

- For statutory damages against each Defendant in an amount of $150,000.00 for each infringement pursuant to 17 U.S.C. § 504(c);

- For statutory damages against each Defendant in an amount up to $25,000.00 for each falsification or removal of copyright management information pursuant to 17 U.S.C. § 1202;

- For pre and post judgment interest at the maximum legal rate;

- For costs of litigation and reasonable attorney's fees against each Defendant pursuant to 17 U.S.C. § 505;

- For an injunction preventing each Defendants from further infringement of all copyrighted works of the Plaintiff pursuant to 17 U.S.C. § 502; and

- For any other relief the Court deems just and proper.

Dated: March 12, 2018                          Respectfully submitted,

                                               **/s/ Melissa A. Higbee**
                                               Melissa A. Higbee, Esq. SBN 24644
                                               **HIGBEE & ASSOCIATES**
                                               1504 Brookhollow Dr., Ste 112
                                               Santa Ana, CA 92705-5418
                                               (714) 617-8349
                                               (714) 597-6559 facsimile
                                               *Counsel for Plaintiff*

1

## **DEMAND FOR JURY TRIAL**

2

Plaintiff, RM Media Ltd. hereby demands a bench trial in the above matter.

3

Dated: March 12, 2018                              Respectfully submitted,

4

5

6                                                   **/s/ Melissa A. Higbee**
                                                    Melissa A. Higbee, Esq. SBN 24644
7                                                   **HIGBEE & ASSOCIATES**
                                                    1504 Brookhollow Dr., Ste 112
8                                                   Santa Ana, CA 92705-5418
                                                    (714) 617-8349
9                                                   (714) 597-6559 facsimile
                                                    *Counsel for Plaintiff*
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

11

# Exhibit "A"

简体中文    English    Français    Русский    Español    العربية    Portuguese

# ICANN WHOIS

| udsdebtfree.com | | Lookup |

*Showing results for: udsdebtfree.com*

Original Query: udsdebtfree.com

# Contact Information

## Registrant Contact
Name: Malcolm Giles
Organization: No Debt LLC
Mailing Address: 9170 E Bahia Drive STE 203A, Scottsdale Arizona 85260 US
Phone: +1.8559663328
Ext:
Fax: +1.8558771084
Fax Ext:
Email:malc44@gmail.com

## Admin Contact
Name: Malcolm Giles
Organization: No Debt LLC
Mailing Address: 9170 E Bahia Drive STE 203A, Scottsdale Arizona 85260 US
Phone: +1.8559663328
Ext:
Fax: +1.8558771084
Fax Ext:
Email:malc44@gmail.com

## Tech Contact
Name: Malcolm Giles
Organization: No Debt LLC
Mailing Address: 9170 E Bahia Drive STE 203A, Scottsdale Arizona 85260 US
Phone: +1.8559663328

Ext:
Fax: +1.8558771084
Fax Ext:
Email:malc44@gmail.com

## Registrar

WHOIS Server: whois.godaddy.com
URL: http://www.godaddy.com
Registrar: GoDaddy.com, LLC
IANA ID: 146
Abuse Contact Email:abuse@godaddy.com
Abuse Contact Phone: +1.4806242505

## Status

Domain Status:clientTransferProhibited http://www.icann.org/epp#clientTransferProhibited
Domain Status:clientUpdateProhibited http://www.icann.org/epp#clientUpdateProhibited
Domain Status:clientRenewProhibited http://www.icann.org/epp#clientRenewProhibited
Domain Status:clientDeleteProhibited http://www.icann.org/epp#clientDeleteProhibited

## Important Dates

Updated Date: 2017-05-09
Created Date: 2017-05-09
Registrar Expiration Date: 2018-05-09

## Name Servers

NS69.DOMAINCONTROL.COM
NS70.DOMAINCONTROL.COM

## Raw WHOIS Record

```
Domain Name: udsdebtfree.com
Registry Domain ID: 2122433651_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.godaddy.com
Registrar URL: http://www.godaddy.com
Updated Date: 2017-05-09T18:41:31Z
Creation Date: 2017-05-09T18:41:31Z
Registrar Registration Expiration Date: 2018-05-09T18:41:31Z
Registrar: GoDaddy.com, LLC
Registrar IANA ID: 146
Registrar Abuse Contact Email: abuse@godaddy.com
Registrar Abuse Contact Phone: +1.4806242505
Domain Status: clientTransferProhibited
http://www.icann.org/epp#clientTransferProhibited
Domain Status: clientUpdateProhibited
http://www.icann.org/epp#clientUpdateProhibited
Domain Status: clientRenewProhibited
http://www.icann.org/epp#clientRenewProhibited
Domain Status: clientDeleteProhibited
http://www.icann.org/epp#clientDeleteProhibited
Registry Registrant ID: Not Available From Registry
Registrant Name: Malcolm Giles
Registrant Organization: No Debt LLC
Registrant Street: 9170 E Bahia Drive STE 203A
Registrant City: Scottsdale
Registrant State/Province: Arizona
Registrant Postal Code: 85260
Registrant Country: US
Registrant Phone: +1.8559663328
Registrant Phone Ext:
Registrant Fax: +1.8558771084
Registrant Fax Ext:
Registrant Email: malc44@gmail.com
Registry Admin ID: Not Available From Registry
Admin Name: Malcolm Giles
Admin Organization: No Debt LLC
Admin Street: 9170 E Bahia Drive STE 203A
Admin City: Scottsdale
Admin State/Province: Arizona
Admin Postal Code: 85260
Admin Country: US
Admin Phone: +1.8559663328
Admin Phone Ext:
Admin Fax: +1.8558771084
Admin Fax Ext:
Admin Email: malc44@gmail.com
Registry Tech ID: Not Available From Registry
Tech Name: Malcolm Giles
Tech Organization: No Debt LLC
Tech Street: 9170 E Bahia Drive STE 203A
Tech City: Scottsdale
Tech State/Province: Arizona
Tech Postal Code: 85260
Tech Country: US
Tech Phone: +1.8559663328
```

```
Tech Phone Ext:
Tech Fax: +1.8558771084
Tech Fax Ext:
Tech Email: malc44@gmail.com
Name Server: NS69.DOMAINCONTROL.COM
Name Server: NS70.DOMAINCONTROL.COM
DNSSEC: unsigned
URL of the ICANN WHOIS Data Problem Reporting System:
http://wdprs.internic.net/
>>> Last update of WHOIS database: 2018-03-09T21:00:00Z <<<

For more information on Whois status codes, please visit
https://www.icann.org/resources/pages/epp-status-codes-2014-06-16-
en

The data contained in GoDaddy.com, LLC's WhoIs database,
while believed by the company to be reliable, is provided "as is"
with no guarantee or warranties regarding its accuracy.  This
information is provided for the sole purpose of assisting you
in obtaining information about domain name registration records.
Any use of this data for any other purpose is expressly forbidden
without the prior written
permission of GoDaddy.com, LLC.  By submitting an inquiry,
you agree to these terms of usage and limitations of warranty.  In
particular,
you agree not to use this data to allow, enable, or otherwise make
possible,
dissemination or collection of this data, in part or in its
entirety, for any
purpose, such as the transmission of unsolicited advertising and
and solicitations of any kind, including spam.  You further agree
not to use this data to enable high volume, automated or robotic
electronic
processes designed to collect or compile this data for any purpose,
including mining this data for your own personal or commercial
purposes.

Please note: the registrant of the domain name is specified
in the "registrant" section.  In most cases, GoDaddy.com, LLC
is not the registrant of domain names listed in this database.
Note: WHOIS consumers who are now receiving masked data can find
instructions on how to apply for whitelisting here:
https://www.godaddy.com/help/masking-contact-information-shared-
via-whois-automated-access-points-27421
```

**Submit a Complaint for WHOIS**

WHOIS Inaccuracy Complaint Form
WHOIS Service Complaint Form

WHOIS Compliance FAQs

NOTICE, DISCLAIMERS AND TERMS OF USE:

All results shown are captured from registries and/or registrars and are framed in real-time. ICANN does not generate, collect, retain or store the results shown other than for the transitory duration necessary to show these results in response to real-time queries.* These results are shown for the sole purpose of assisting you in obtaining information about domain name registration records and for no other purpose. You agree to use this data only for lawful purposes and further agree not to use this data (i) to allow, enable, or otherwise support the transmission by email, telephone, or facsimile of mass unsolicited, commercial advertising, or (ii) to enable high volume, automated, electronic processes to collect or compile this data for any purpose, including without limitation mining this data for your own personal or commercial purposes. ICANN reserves the right to restrict or terminate your access to the data if you fail to abide by these terms of use. ICANN reserves the right to modify these terms at any time. By submitting a query, you agree to abide by these terms.

* There is one exception: ICANN acts as the registry operator for the .int TLD, and in that capacity it does collect, generate, retain and store information regarding registrations in the .int TLD.

© 2018 Internet Corporation for Assigned Names and Numbers     Privacy Policy

# Exhibit "B"



# Exhibit "C"

Case 2:18-cv-00806-JAT Document 1 Filed 03/12/18 Page 22 of 32



# Creative Commons License Deed

## Attribution-ShareAlike 3.0 Unported (CC BY-SA 3.0)



This is a human-readable summary of (and not a substitute for) the license.

# You are free to:

**Share** — copy and redistribute the material in any medium or format

**Adapt** — remix, transform, and build upon the material

for any purpose, even commercially.

The licensor cannot revoke these freedoms as long as you follow the license terms.

# Under the following terms:

**Attribution** — You must give appropriate credit, provide a link to the license, and indicate if changes were made. You may do so in any reasonable manner, but not in any way that suggests the licensor endorses you or your use.

**ShareAlike** — If you remix, transform, or build upon the material, you must distribute your contributions under the same license as the original.

**No additional restrictions** — You may not apply legal terms or technological measures that legally restrict others from doing anything the license permits.

# Notices:

You do not have to comply with the license for elements of the material in the public domain or where your use is permitted by an applicable exception or limitation.

No warranties are given. The license may not give you all of the permissions necessary for your intended use. For example, other rights such as publicity, privacy, or moral rights may limit how you use the material.

# Exhibit "D"



EMAIL: info@mydebtguy.com          Our business hours : 9 A.M – 5 P.M (MST)          FREE QUOTES & CONSULTATION : 1-855-855-1230

**Ultimate Debt Solutions, LLC**
Our Experience, Your Financial Freedom

HOME    SERVICES ⌄    DEBT INVALIDATION    ABOUT US    BLOG    FAQ    TESTIMONIALS    CONTACT US

HOME / DECEPTIVE PRACTICES BY CREDIT CARD COMPANIES – RULES TO STOP THEM

# Deceptive Practices by Credit Card Companies – Rules to stop them









In 2009, Congress passed a bill called the **Credit Card Accountability Responsibility and Disclosure (CARD) Act of 2009** to try and curb deceptive and illegal practices by some in the credit card industry.

- **Time for making payment**- Credit card providers should not consider a payment late if the customer has not been informed of the established payment date. Consequently, credit card issuers have to have the billing statement to the client not less than 21 days from the payment due date.
- **Over-limit charges**- Credit card companies cannot charge more than one over the limit fee for a single instance of going above the limit. Fees can only be charged when the client is at fault and not because a fee charged by the credit card company put them over.
- **APR restrictions**- Companies may only increase interest rates on future debt, not debt that has already occurred.
- **Payment allocation**- The card providers have to apply all payments fairly. If the cardholders' payment is more than the minimum amount required, the payment is to first be applied to the card with the highest interest rate.

## Credit card policies that have raised questions among users-

Many cardholders claim that the terms and conditions related to credit cards have created much confusion. Terms and conditions and disclosures are usually written in legal mumble jumbo which makes it hard for many people to understand. In addition to the language, you may find there are some deceptive practices. You need to be well informed of those practices and know the agreements associated with your cards, otherwise you can fall prey to these practices.



**Some common practices of card issuers are:**
Double Billing - Credit Card Providers can sometimes calculate your interest by taking into account your average daily balance over 60 days and not just one month. By doing this, it usually results in the balance being 50 percent higher than just one month's average. To avoid this, pay your balances off in full every month.



Universal Default-

Credit Card providers may monitor your credit report to see how you're paying your other bills. You could be late in paying a completely unrelated bill, and still have it affect your credit cards. Sometimes when this happens, a credit card company can raise your interest rates substantially based upon another bill that had nothing to do with your credit card. To avoid this, make sure to make all of your payments on time, not just your credit card payments.

Lowering My Credit Limit

Every credit card company has the responsibility of notifying you about a reduction of credit limit and or modification of other terms. If you've had a recent drop in your credit score, or if there were payments made late on other unrelated credit, it can cause your credit limits on credit cards to be changed or lowered. If you are not aware and then use your cards thinking you have a certain line of credit, you could go over the limit and be subjected to penalty charges, and the possible closure of your account.
The **Credit Card Act of 2009** has changed some of these practices.

- **Better collection of data**- No matter how informed you are, it's important that you know interest rates, fees, profits, etc..

- **Request an audit every year**- Contact regulator of your credit card and ask them to order an audit to make sure that your company is complying with all the requirements under the law.

- **Reasonable rates for exchanging currencies**- The fees charged need to be in accordance with the card providers costs.

- **Restriction on penalty interest**- If the cardholder is not able to pay on time, the card companies can consider an interest rate increase. However, there must be a limit on the amount of increase which cannot exceed seven percent.

- **Cannot charge a fee for trying to pay your bill**- Credit Card holders cannot be charged an additional fee to pay their bill if paid by phone, internet, etc.

Many credit card providers have already started to change questionable practices. Some of them have decided to discard the double billing system. Others are no longer increasing interest rates for unrelated bills that are paid late. So, shop around, ask questions, and choose the credit card and company that's right for you.

---

9170 E Bahia Dr, Scottsdale, AZ, United States

Phone:(855) 855-1230

Fax:     (602) 483-1020

Email us Anytime :
info@mydebtguy.com

FACEBOOK          TWITTER

GOOGLE PLUS        LINKED IN

Copyright © udsdebtfree.com | Ultimate Debt Solutions, LLC

| | |
|---|---|
| Home | Debt Settlement |
| About Us | Debt Resolution |
| Blog | Wealth Accumulator |
| Contact Us | Private Student Loan Resolution |
| Testimonial | |
| Privacy policy | |



HOME / CAN'T THINK OF LIFE WITHOUT YOUR CREDIT CARDS?

# Can't Think of Life Without Your Credit Cards?



Many can't see their lives without credit cards. Think about it, it's convenient and simple. You can make purchases of whatever you want or need without having to carry cash. You may have it all planned out. You're going to pay off your debt monthly, or at least pay way more than the minimum required. That should keep you in good standing credit wise, right? What if something happens to you financially like a job loss, or lowering or loss of income? What if things got too convenient with your spending, and now you don't have the income necessary to pay back your debt. Sometimes we can get head over heels in debt without the ability to pay it back. It can happen to anyone if you're not careful. So what are the effects of high Credit card debt that is not under control? Well let's start out with this: **It's not good!**

## Low Credit Scores, and Inability to Borrow

High amounts of debt can lead to lower credit scores. Each credit card you have has a credit limit that you cannot exceed without penalty. One of the ways to have a high Fisco Score is to keep your credit card balances low. The ideal thing to do is to keep your credit card balances at or below one third of your card's credit limit. Some people however are chronically in debt and don't have the ability to pay more than the minimum payments. When this happens, your credit score takes a major hit, and your ability to borrow more to pay off your debt becomes compromised. You may think, no problem, I'll just take out a Consolidation Loan. The truth is, you might be able to qualify, but many people, because of low credit scores and maxed out debt, cannot qualify and subsequently get turned down.

### Get A Quote

First Name

Last Name

Phone

E-mail

Debt Amount *

Message...

**SUBMIT**



## Can Only Afford to Pay the Minimum Payment

Pay attention to your credit card statement. Right under or beside where it tells you how much you owe in a payment this month, check out how long it's going to take to pay things off. If you have a credit card debt that is $5,000 and your interest is 18%, it's going to take you a long time to pay it back if you're only paying the minimum monthly required by the credit card company. How long you say? Try 18 years if you're only paying the minimum! That can't be, there has to be something wrong with that calculation, right? Nope, check your credit card statement; know what is going on with your credit. Know how long it takes to pay your debt off. Inform yourself, educate yourself. Knowledge is power where you can see the light at the end of the tunnel that leads to Financial Freedom. Ignorance is where you see the light at the end of the tunnel, and at the last minute you realize it's the TRAIN! Equip yourself, get educated on how your credit cards work.

## High Credit Card Debt Can Prevent You From Obtaining Appreciating Assets

Buying a home is the **American Dream** for all families. If you have high **debt ratios** because of your credit card debt, your dream can turn into a **Night mare**. Using credit to invest in real estate, buy your first home or start that business you've always wanted to start may all be compromised if you have too much credit card debt, and can't pay it back. Learn to use your cards responsibly. Pay off the balances each month. If not, pay much more than the minimum required. Keep your debt at or below one third of your credit limit. Try to avoid impulse buying with your credit cards. Learn the rules, and then use them to your advantage.

     

### Get A Quote

We are here to help you to Eliminate your Total unsecured Debt (Unsecured debt is usually credit card debt, but it is also a loan that is unsecured, a private non government student loan, medical bills, and a deficiency balance leftover from a vehicle repossession).

First Name
Last Name
Phone
E-mail
Debt Amount *

**GET QUOTE**

9170 E Bahia Dr, Scottsdale, AZ, United States
Phone:(855) 855-1230
Fax:     (602) 483-1020

Email us Anytime :
info@mydebtguy.com

FACEBOOK            TWITTER
GOOGLE PLUS         LINKED IN

- Home
- About Us
- Blog
- Contact Us
- Testimonial

- Debt Settlement
- Debt Resolution
- Wealth Accumulator
- Private Student Loan Resolution
- Privacy policy

Copyright © udsdebtfree.com | **Ultimate Debt Solutions, LLC**

# Exhibit "E"



Monday, March 12, 2018

View as Analog
✓ View as Digital

Open Date & Time Preferences…

**Ultimate Debt Solutions, LLC**
Our Experience, Your Financial Freedom

HOME    SERVICES ⌄    DEBT INVALIDATION    ABOUT US    BLOG    FAQ    TESTIMONIALS    CONTACT US

## Credit card policies that have raised questions among users-

Many cardholders claim that the terms and conditions related to credit cards have created much confusion. Terms and conditions and disclosures are usually written in legal mumble jumbo which makes it hard for many people to understand. In addition to the language, you may find there are some **deceptive** practices. You need to be well informed of those practices and know the **agreements** associated with your cards, otherwise you can fall prey to these practices.



**Some common practices of card issuers are:**

**Double Billing -** Credit Card Providers can sometimes calculate your interest by taking into account your average daily balance over 60 days and not just one month. By doing this, it usually results in the balance being 50 percent higher than just one month's average. To avoid this, pay your balances off in full every month.



**Universal Default-**

Credit Card providers may monitor your credit report to see how you're paying your other bills. You could be late in paying a completely unrelated bill, and still have it affect your credit cards. Sometimes when this happens, a credit card company can raise your interest rates substantially based upon another bill that had nothing to do with your credit card. To avoid this, make sure to make all of your payments on time, not just your credit card payments.

**Lowering My Credit Limit**

Every credit card company has the responsibility of notifying you about a reduction of credit limit and or modification of other terms. If you've had a recent drop in your credit score, or if there were payments made late on other unrelated credit, it can cause your credit limits on credit cards to be changed or lowered. If you are not aware and then use your cards thinking you have a certain line of credit, you could go over the limit and be subjected to penalty charges, and the possible closure of your account.
The **Credit Card Act of 2009** has changed some of these practices.









## Can Only Afford to Pay the Minimum Payment

Pay attention to your credit card statement. Right under or beside where it tells you how much you owe in a payment this month, check out how long it's going to take to pay things off. If you have a credit card debt that is $5,000 and your interest is 18%, it's going to take you a long time to pay it back if you're only paying the minimum monthly required by the credit card company. How long you say? Try 18 years if you're only paying the minimum! That can't be, there has to be something wrong with that calculation, right? Nope, check your credit card statement; know what is going on with your credit. Know how long it takes to pay your debt off. Inform yourself, educate yourself. Knowledge is power where you can see the light at the end of the tunnel that leads to Financial Freedom. Ignorance is where you see the light at the end of the tunnel, and at the last minute you realize it's the TRAIN! Equip yourself, get educated on how your credit cards work.

## High Credit Card Debt Can Prevent You From Obtaining Appreciating Assets

Buying a home is the American Dream for all families. If you have high debt ratios because of your credit card debt, your dream can turn into a Night mare. Using credit to invest in real estate, buy your first home or start that business you've always wanted to start may all be compromised if you have too much credit card debt, and can't pay it back. Learn to use your cards responsibly. Pay off the balances each month. If not, pay much more than the minimum required. Keep your debt at or below one third of your credit limit. Try to avoid impulse buying with your credit cards. Learn the rules, and then use them to your advantage.



